# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Maximino Gonzales Pugh            Docket No. 5:99-CR-157-1BO

### Petition for Action on Supervised Release

COMES NOW Mindy L. Threlkeld, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Maximino Gonzales Pugh, who, upon an earlier plea of guilty to 21 U.S.C. §846 &841(a)(1), Conspiracy to Distribute and Possess With The Intent to Distribute Cocaine Base (Crack), and 18 U.S.C. §924(c)(1), Use and Carry of a Firearm During And in Relation To a Drug-Trafficking Offense, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on May 17, 2000, to the custody of the Bureau of Prisons for a term of 270 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional condition:

> The defendant shall submit a written weekly report to the probation office, if not regularly employed, of attempts to secure gainful employment.

On January 8, 2002, the defendant's sentence was modified from 270 months to 150 months pursuant to Rule 35 of the Federal Rules of Criminal Procedure.

Maximino Gonzales Pugh was released from custody on October 26, 2010, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has a substance abuse history and it is recommended that the drug aftercare condition be added to monitor any potential substance abuse problems while on supervised release.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Maximino Gonzales Pugh
Docket No. 5:99-CR-157-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Mindy L. Threlkeld
Mindy L. Threlkeld
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: (910) 483-8613
Executed On: February 23, 2011

ORDER OF COURT

Considered and ordered this 28 day of February, 2011, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge